JAMES V. LAWRENCE, as Sole Surviving Partner of the Firm of LAWRENCE BROS., Appellant, *v.* JOHN DAWSON et al., Respondents, Impleaded with Others.

*Lawrence* v. *Dawson,* 50 App. Div. 570, affirmed.
(Submitted May 22, 1901; decided June 11, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 23, 1900, affirming a judgment of Special Term in an action to foreclose a mechanic's lien.

*Ralph Earl Prime, Jr.,* for appellant.

*Frank M. Tichenor* for respondents.

Judgment affirmed, without costs to either party; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, CULLEN and WERNER, JJ. Not sitting: LANDON, J.